STATE OF CONNECTICUT *v.* GERARD EDWARDS

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 503, is denied.

*Ben A. Solnit,* in support of the petition.

*James G. Clark,* assistant state's attorney, in opposition.

Decided July 2, 1987

EUGENE KMETYK *v.* MARY ANN WALLACK ET AL.

The defendants' petition for certification for appeal from the Appellate Court is denied.

*Charles C. Greenwald,* in support of the petition.

*William J. Sweeney, Jr.,* in opposition.

Decided July 2, 1987

PETER VENTURA *v.* RAYMOND LOPES, COMMISSIONER OF CORRECTION

The plaintiff's petition for certification for appeal from the Appellate Court, 10 Conn. App. 546, is denied.

*Denise Dishongh,* in support of the petition.

*Maureen E. Norris,* special assistant state's attorney, in opposition.

Decided July 2, 1987